# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:11CR135 |
| vs. | ) | |
| | ) | ORDER |
| SUSANA GUEVARA, | ) | |
| KARINA MICHELLE GUEVARA, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant Susana Guevara's motion to continue trial [76] due to ongoing plea negotiations. For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for March 27, 2012 is continued to **May 8, 2012.** This applies to both defendants.

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **March 27, 2012 and May 8, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 20, 2012.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**