IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR135 |
| v. | ) | |
| SUSANA GUEVARA, KARINA MICHELLE GUEVARA, | ) | ORDER |
| Defendants. | ) | |

Before the court is the government's Motion to Sever [92]. Defendant Susana Guevara filed a response at [94] requesting a severance. Defendant Karina Michelle Guevara filed a response at [95] objecting to the severance of defendants for trial. The court finds the government's motion should be granted and the defendants shall be severed for purposes of trial.

IT IS ORDERED:

1. The government's Motion to Sever [92] is granted. Defendants shall be severed for purposes of trial.

2. Defendant Karina Michelle Guevara's Objection to Motion to Sever [95] is denied.

3. New trial orders will be forthcoming.

DATED this 3rd day of August, 2012.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge